AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

EUGENE COINS, JR.,

    Plaintiff,                    JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:   3:16-cv-0289-MMD-VPC

ISIDRO BACA, et al.

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee in compliance with this Court's January 17, 2017, order (ECF No. 5).

  March 2, 2017                               **DEBRA K. KEMPI**
                                                                  Clerk

                                                                  /s/  D. R. Morgan
                                                                  Deputy Clerk